# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
## AT NASHVILLE

## FRANK CHESTER BRIGHT, JR. v. STATE OF TENNESSEE

**Criminal Court for Davidson County**
**Case No. 97-A-597**

---

**No. M2003-00239-CCA-R3-PC - Filed May 18, 2004**

---

## ORDER ON PETITION TO REHEAR

The appellant, Frank Chester Bright, Jr., has timely filed a petition to rehear pursuant to Tennessee Rule of Appellate Procedure 39. Having reviewed the appellant's petition, and finding the petition to be well-taken, this Court has decided to grant the appellant's petition to rehear. Accordingly, the opinion and judgment of this Court, filed on April 1, 2004, are vacated. This Court will hereafter file a new opinion and final judgment in the above-captioned appeal. No additional argument by either party is necessary. All of which is so ORDERED.

Robert W. Wedemeyer
Gary R. Wade
Alan E. Glenn
